IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 4:06CR3005 |
| v. | ) | |
| | ) | |
| MANUEL PEINADO-JUAREZ, | ) | |
| | ) | ORDER |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED:

The motion of Julie B. Hansen to withdraw, filing 11, is granted. Julie B. Hansen and the Office of the Federal Public Defender are withdrawn as counsel for defendant.

DATED this 2nd day of March, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge