IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:06CR3005 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| MANUEL PEINADO-JUAREZ, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

(1)   The defendant's motion to continue sentencing (filing 24) is granted;

(2)   Defendant Peinado-Juarez's sentencing is continued to Friday, August 11, 2006, at 12:30 p.m., before the undersigned United States District Judge, **in Courtroom No. 4,** Robert V. Denney Federal Building and United States Courthouse, Lincoln, Nebraska.  Since this is a criminal case, the defendant shall be present unless excused by the court.

July 10, 2006.                                       BY THE COURT:

                                                                  s/ *Richard G. Kopf*
                                                                  United States District Judge