IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:06CR3005 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **MEMORANDUM** |
| vs. | ) | **AND ORDER** |
| | ) | |
| MANUEL PEINADO-JUAREZ, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant has been previously represented by appointed counsel and is currently represented by retained counsel. Defendant has filed a notice of appeal and has moved for leave to appeal in forma pauperis (filing 40). I will grant the motion for leave to appeal in forma pauperis, as it is properly supported by the poverty affidavit contained within the motion and the appeal appears to be taken in good faith.

IT IS ORDERED that the appeal appears to be taken in good faith and Defendant's motion for leave to appeal in forma pauperis (filing 40) is granted.

September 1, 2006.                                BY THE COURT:

                                                  *s/Richard G. Kopf*
                                                  United States District Judge